# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| MARY SUBLETT,<br>Plaintiff<br><br>vs.<br><br><br>UNITED COLLECTION<br>BUREAU, INC.<br>Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:08-cv-00352 |

## NOTICE OF DISMISSAL

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Tyler Division for the Eastern District of Texas District Court, Plaintiff's Notice of Filing Voluntary Dismissal of Case With Prejudice.

Respectfully submitted,

By: /s/ Susan Landgraf
Susan Landgraf
Texas State Bar # 00784702
Attorney in Charge for Plaintiff

WEISBERG & MEYERS, L.L.C.
4510 Bull Creek Road
Austin, TX 78731
Phone: (512) 436-0036 ext. 116
Facsimile: (866) 317-2674

## **CERTIFICATE OF SERVICE**

I certify that on November 10, 2008, I electronically filed the foregoing document with the clerk of the U.S. District Court, Eastern District of Texas, Tyler Division, using the electronic case filing system of the court.

/s/ Susan A. Landgraf
SUSAN A. LANDGRAF
