IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| MARY SUBLETT,<br>Plaintiff | § § § | |
| | § | CIVIL ACTION NO. 6:08-cv-00352 |
| vs. | § § § | |
| UNITED COLLECTION<br>BUREAU, INC.<br>Defendant | § § § | |

## ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff has filed a Notice of Voluntary Dismissal With Prejudice.  Accordingly, this case is DISMISSED with prejudice.

SO ORDERED.

**SIGNED this 12th day of November, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE