IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| MARY SUBLETT | § |
| | § |
| v. | § |
| | § CASE NO. 6:08-CV-352 |
| UNITED COLLECTION BUREAU, INC. | § |

## FINAL JUDGMENT

In accordance with the November 10, 2008, Order dismissing this case (Doc. No. 5), it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

It is SO ORDERED.

 **SIGNED this 13th day of November, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE